**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **WILLIAM HAMMOND,** | ) | **CASE NO. 5:06CV2339** |
| | ) | |
| **PLAINTIFF ,** | ) | **JUDGE PETER C. ECONOMUS** |
| | ) | |
| **V.** | ) | |
| | ) | |
| **RICHARD GANSHEIMER,** | ) | **MEMORANDUM OPINION** |
| Warden, | ) | **AND ORDER** |
| | ) | |
| **DEFENDANT.** | ) | |
| | ) | |

This matter is before the Court upon a petition for a writ of habeas corpus filed by William Hammond ("Petitioner"), pursuant to 28 U.S.C. § 2254. (Dkt. # 1).

On November 9, 2006, this case was automatically referred to Magistrate Judge James S. Gallas for preparation of a Report and Recommendation, pursuant to 28 U.S.C. § 636 and LR 72.1. (Dkt. # 2). On December 21, 2007, the Magistrate issued a report and recommendation, recommending that the Court deny the instant petition because the petition is barred by the statute of limitations established by 28 U.S.C. § 2244(d)(1)(A). (Dkt. # 10).

FED. R. CIV.P. 72(b) provides that objections to a report and recommendation must be filed within ten (10) days after service, but Petitioner has failed to timely file any such objections. Therefore, the Court must assume that Petitioner is satisfied with the Magistrate Judge's recommendation. Any further review by this Court would be a duplicative and an inefficient use of the Court's limited resources. Thomas v. Arn, 728

F.2d 813 (6th Cir. 1984), aff'd, 474 U.S. 140 (1985); Howard v. Secretary of Health and Human Services, 932 F.2d 505 (6th Cir. 1991); United States v. Walters, 638 F.2d 947 (6th Cir.1981).

The Court has reviewed the report and recommendation of the Magistrate Judge *de novo*, and finds that it is well-supported.  Therefore, the Report and Recommendation of Magistrate Judge Gallas (Dkt. # 10) is hereby **ADOPTED**, and Petitioner's petition for a writ of habeas corpus is **DENIED**.

**IT IS SO ORDERED**.

**/s/ Peter C. Economus – January 17, 2008**
**PETER C. ECONOMUS**
**UNITED STATES DISTRICT JUDGE**